## 17510

Murrell STANLEY, Respondent, v. Waylon B. RABON, Appellant

(107 S. E. (2d) 349)

*Messrs. Hagood, Rivers & Young,* of Charleston, and *Burroughs & Green,* of Conway, *for Appellant,*

*Messrs. J. Reuben Long* and *J. M. Long, Jr.,* of Conway, and *W. W. Vaught,* of Loris, *for Respondent,*

February 26, 1959.

PER CURIAM.

This is a companion case to that of *Strickland v. Rabon,* S. C., 107 S. E. (2d) 344. The issue in this appeal is identical with the issue there decided. It requires affirmance of this case for the reasons there stated, reference to which may be had.